## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JACKSON LEWIS LLP
    59 Maiden Lane
    New York, New York 10038-4502
    (212) 545-4000
        -and-
    220 Headquarters Plaza
    East Tower, 7th Floor
    Morristown, New Jersey 07960
    (973) 538-6890
    John A. Snyder II, Esq. (JS 4786)
    Ravindra K. Shaw, Esq. (RS 1944)
ATTORNEYS FOR DEFENDANT

-----------------------------------------------------------x

JOSE DE LA CRUZ,

                Plaintiff,

      -against-

MERRILL CORPORATION,

                Defendant.

-----------------------------------------------------------x

Civ. No. 07 Civ. 620 (PGS) (ES)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Jose De La Cruz ("Plaintiff"), proceeding *pro se*, and Merrill Communications LLC, improperly named as Defendant Merrill Corporation, through its undersigned counsel, who state that they have been authorized to enter into this Stipulation of Dismissal with Prejudice, that the above-captioned action be and the same is hereby dismissed in its entirety, with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

Respectfully submitted,

JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038-4502
(212) 545-4000
    -and-
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, New Jersey 07960
(973) 538-6890

_____
José De La Cruz

*PRO SE* PLAINTFF

Dated: February __, 2008

By: _____
John A. Snyder II (JS 4886)
Ravindra K. Shaw (RS 1944)

ATTORNEYS FOR DEFENDANT

Dated: ~~February~~ March __, 2008

SO ORDERED: _____
DATED: 4/18/08